■ Julia Orna, Appellant, v Mirmal Singh et al., Respondents. [825 NYS2d 375]—In an action to recover damages for personal injuries, the plaintiff appeals from an order of the Supreme Court, Queens County (Rosengarten, J.), dated August 9, 2005, which granted the defendants' motion for summary judgment dismissing the complaint on the ground that the plaintiff did not sustain a serious injury within the meaning of Insurance Law § 5102 (d).

Ordered that the order is affirmed, with costs.

The defendants established their prima facie burden on their motion, via their submissions, showing that the plaintiff did not sustain a serious injury within the meaning of Insurance Law § 5102 (d) as a result of the subject accident (see Toure v Avis Rent A Car Sys., 98 NY2d 345 [2002]; Gaddy v Eyler, 79 NY2d 955 [1992]; Kearse v New York City Tr. Auth., 16 AD3d 45

[2005]). In opposition, the plaintiff failed to raise a triable issue of fact. Miller, J.P., Krausman, Spolzino, Fisher and Dillon, JJ., concur.